**Order filed March 14, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00966-CR
_____

**LUIS LIMONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 2110250**

## ORDER

The court today **DENIED** the motion for rehearing en banc filed by appellant Luis Limones.

En banc court consists of C.J. Frost and J.J. Christopher, Wise, Jewell, Bourliot, Zimmerer, Spain, Hassan, and Poissant (Spain, J., concurring).